Order issued: December *10* , 2012

005231



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00594-CV

S. AMINAH N. MOMIN AND ALL OTHER OCCUPANTS OF
714 LONE RIDGE WAY, MURPHY, TEXAS 75094, Appellants

V.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO BANK
OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE,
SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION
AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2007-8XS, Appellee

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-00771-2012**

## ORDER

By order dated December 3, 2012, the Court ordered Denise Condran, Official Court Reporter for the County Court at Law No. 3 of Collin County, Texas, to file either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. We cautioned appellant that if the Court received verification of no request or no payment, we would order the appeal submitted without a reporter's record. By letter dated December 4, 2012, Denise Condran informed the Court that she has not received either payment or a letter of designation for the record. Accordingly, we **ORDER** the appeal submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellants' brief is due on or before **January 9, 2013.**

ELIZABETH LANG-MIERS
JUSTICE